UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DOUGLAS SENGILLO,

           Plaintiff,

vs.

VALEO ELECTRICAL SYSTEMS, INC.,
and VALEO, S.A.,

           Defendants.

ORDER

Civil Action No.
06-cv-6382(L)(P)

    WHEREAS Defendants Valeo Electrical Systems, Inc. and Valeo, S.A., by and through their attorneys Ward Norris Heller & Reidy LLP, have moved for an Order permitting Andrew W. Bagley, Esq., to appear *pro hac vice* as counsel in this action on their behalf and

    WHEREAS the Court has reviewed the Affidavit of Jeremy J. Best. sworn to on August 4, 2006, and the affidavit of Andrew W. Bagley sworn to on August 3, 2006, and any all other papers submitted in support of the motion, and after due consideration;

    IT IS HEREBY ORDERED that Andrew W. Bagley, Esq. having satisfied the requirements of Local Rule 83.1 is hereby granted leave to appear in this action *pro hac vice* as counsel for Defendants Valeo Electrical Systems, Inc. and Valeo, S.A. upon payment of the required admission fees and the proper filing of this Court's Oath of Office.

DATED:    Rochester, New York
                August 7, 2006

                                        HON. DAVID G. LARIMER
                                        UNITED STATES DISTRICT COURT JUDGE